
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martin, Jr., , Boyce F. | Sixth Circuit, USCA | 04/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 209 United States Courthouse 601 W. Broadway Louisville, KY 40202-2227 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Martin, Jr., Boycee F.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arkansas | 02/23/10 to 02/24/10 | Little Rock, AR | Program | Transportation, lodging and food |
| 2. | Fordham University | 03/24/10 to 03/26/10 | New York, NY | Program | Transportation, lodging and food |
| 3. | Northwestern University | 03/31/10 to 04/02/10 | Chicago, IL | Program | Transportation, lodging and food |
| 4. | Union College | 05/13/10 to 05/14/10 | Albany, NY | Program | Transportation, lodging and food |
| 5. | Tennessee Bar Association | 05/10/10 to 05/11/10 | Knoxville, TN | Program | Transportation, lodging and food |
| 6. | University of Arkansas at Little Rock | 11/22/10 to 11/24/10 | Little Rock, AR | Program | Transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., , Boyce F. | 04/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., , Boyce F. | 04/12/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Kentucky Tax Free Income Fund (Dupree) | C | Dividend | M | T | | | | | |
| 2. | CGM Realty Fund | D | Dividend | N | T | | | | | |
| 3. | IRA - T. Rowe Price Mid Cap Fund (Ky. Deferred Income) | C | Dividend | N | T | | | | | |
| 4. | Northeast Investors Trust Fund | B | Dividend | K | T | | | | | |
| 5. | Abbott Labs | A | Dividend | L | T | | | | | |
| 6. | Bard C.R. Inc. | A | Dividend | M | T | | | | | |
| 7. | Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 8. | Brown and Brown | A | Dividend | L | T | | | | | |
| 9. | Indexx Lab Inc. | A | Dividend | M | T | | | | | |
| 10. | Illinois Tool Works | A | Dividend | M | T | | | | | |
| 11. | Johnson and Johnson | A | Dividend | M | T | | | | | |
| 12. | Knight Transportation Inc. | A | Dividend | K | T | | | | | |
| 13. | Martin Marietta Materials | A | Dividend | K | T | | | | | |
| 14. | Medtronic Inc. | A | Dividend | K | T | | | | | |
| 15. | O'Reilly Auto Inc. | A | Dividend | K | T | | | | | |
| 16. | Paychex Inc. | A | Dividend | K | T | | | | | |
| 17. | Pepsico Inc. | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., , Boyce F. | 04/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Progressive Corp. OH | A | Dividend | K | T | | | | | |
| 19. W.R. Berkley Corp. | A | Dividend | K | T | Buy | 02/23/10 | K | | |
| 20. TJX Cos. Inc. | A | Dividend | K | T | | | | | |
| 21. Walgreen Co. | A | Dividend | K | T | | | | | |
| 22. Waters Corp. | A | Dividend | K | T | | | | | |
| 23. Wolverine Worldwide | A | Dividend | K | T | | | | | |
| 24. 3M Corp. | A | Dividend | L | T | | | | | |
| 25. Aegon N.V. Insur. | A | Dividend | | | Sold | 02/22/10 | L | D | |
| 26. B.P. PLC ordinary shs | A | Dividend | M | T | | | | | |
| 27. Coca Cola Corp. | A | Dividend | L | T | | | | | |
| 28. Exxon Mobil Corp. | B | Dividend | M | T | | | | | |
| 29. Provident Energy In. | B | Dividend | | | Sold | 10/25/10 | L | D | |
| 30. Revlon Inc. Cl. A | A | Dividend | K | T | Buy | 03/26/10 | K | | |
| 31. Northern Trust Corp. | A | Dividend | K | T | Buy | 04/07/10 | K | | |
| 32. Sunrise Senior Living | A | Dividend | M | T | | | | | |
| 33. United Rentals | A | Dividend | K | T | | | | | |
| 34. United States Natural Gas | B | Dividend | | | Sold | 03/26/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., , Boyce F. | 04/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Eastman Kodak Co. | A | Dividend | M | T | Buy | 12/01/10 | M | | |
| 36. Verisign, Inc. | B | Dividend | L | T | | | | | |
| 37. Zweig Total Rtn Fund | A | Dividend | K | T | | | | | |
| 38. Nationwide Health Properties Trust | C | Dividend | | | Sold | 04/07/10 | K | B | |
| 39. Senior Housing Properties Trust | C | Dividend | L | T | | | | | |
| 40. Vanguard Wellington Fund | B | Dividend | M | T | | | | | |
| 41. McCormick Non Vtg. | B | Dividend | K | T | | | | | |
| 42. Helios Income Fund | C | Dividend | M | T | | | | | |
| 43. Felcor Lodging Trust Fund | C | Dividend | | | Sold | 02/15/10 | M | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000.000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., , Boyce F. | 04/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., , Boyce F. | 04/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Boyce F. Martin, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544